RECEIVED

AUG 2 5 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

JTT

RECEIVED
IN LAKE CHARLES, LA

AUG 3 1 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

GLADYS P. SWEET,
 PLAINTIFF

V.

BELLSOUTH, ALLIANZ LIFE
INSURANCE COMPANY OF NORTH
AMERICA AND J. STEVEN BLOUNT,
 DEFENDANTS

:
:
:
:
:
:
:
:
:
:

CIVIL ACTION FILE
NO. 03-CV-1242

## JUDGMENT OF DISMISSAL

On joint motion of plaintiff, GLADYS P. SWEET, in the above entitled and numbered cause, through her undersigned counsel of record, and on suggesting to the Court that the above referenced matter has been settled as to all claims of the plaintiff against defendant, ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, and Mover desires to dismiss any and all claims in this suit of plaintiff against defendant, ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, with prejudice; it is therefore

ORDERED, ADJUDGED AND DECREED that the joint motion is hereby granted and that all claims in this suit of GLADYS P. SWEET against defendant, ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, be and the same is hereby dismissed, with prejudice.



I:\DOCS\BSRE\23012\17409\Pldg\Allianz dismissal.doc

THUS DONE AND SIGNED in Lake Charles, Calcasieu Parish, Louisiana, on this 3 1 st

day of _____ August _____, 2005.

JUDGE _____

Respectfully Submitted By:

STOCKWELL, SIEVERT, VICCELLIO,
CLEMENTS & SHADDOCK L.L.P.

H. AUBREY WHITE (Bar#20413)
DAVID L. MORGAN (#27015)
Post Office Box 2900
One Lakeside Plaza
Lake Charles, LA 70602
PHONE: (337) 436-9491
FAX: (337) 493-7210
ATTORNEYS FOR GLADYS P. SWEET